Hartford Stage Company *v.* Nautilus
Insurance Company
(12624)

O'Connell, Foti and Heiman, Js.

Argued January 4—decision released January 24, 1995

*Kevin M. Bresnahan,* with whom, on the brief, was *Michael E. Riley,* for the appellant (plaintiff).

*Thomas E. Stevens,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.